**Order entered December 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01053-CR

**CARLOS EDUARDO SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00735-R**

## ORDER

The reporter's record was due October 1, 2019. After we notified court reporter Debi Harris that the reporter's record was past due, appellate counsel informed the Court that in addition to Ms. Harris, court reporter Yolanda Atkins was responsible for portions of the reporter's record. After the Court granted several extensions, the record was due November 18, 2019.

That same day, Ms. Atkins filed a letter stating that because she had not received payment from appellate counsel, the reporter's record would not be filed. We notified counsel and instructed him to file proof he had paid or made arrangements to pay for the record. By letter dated December 1, 2019, counsel informed the Court he paid Ms. Harris in full in late September for her portions of the record and that on October 3, 2019, he sent a $540 check

payable to Ms. Atkins for her portion of the record; that check was mailed to Ms. Harris. Counsel stated he then emailed Ms. Atkins to make her aware he had mailed the check to Ms. Harris. Counsel further stated Ms. Harris said she gave the check to Ms. Atkins but Ms. Atkins denied having received the check.

Because the reporter's record has not yet been filed, this appeal cannot proceed. We **ORDER** the trial court to hold a hearing to which Debi Harris and Yolanda Atkins are present and to make findings regarding whether appellant has paid or made arrangements to pay for the reporter's record and when the reporter's record will be filed.

We **ORDER** the trial court to transmit a supplemental record containing its written findings of fact, any supporting documentation, and any orders to this Court regarding the reporter's record within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th District Court; to court reporter Debi Harris; to court reporter Yolanda Atkins; and to all counsel for all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when we receive the supplemental record containing the trial court's findings of fact or when the Court otherwise deems it appropriate to reinstate the appeal.


/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE